UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                              Plaintiff,

                  -v-

PRECISION BUILD COMPANIES, LLC,

                              Defendant.

25 Civ. 10782 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 23, 2026, plaintiff filed a motion to dismiss defendant's counterclaims under Federal Rule of Civil Procedure 12. Under Rule 15(a)(1)(B), a defendant has 21 days after the service of a motion under Rule 12(b) to amend its counterclaims once as a matter of course.

Accordingly, it is hereby ORDERED that defendant shall file any amended counterclaims by March 16, 2026. No further opportunities to amend will ordinarily be granted. If defendant does amend, April 6, 2026, plaintiff shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying defendant, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended counterclaims are filed, defendant shall serve any opposition to the motion to dismiss by March 16, 2026. Plaintiff's reply, if any, shall be served by March 30, 2026. At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If plaintiff files a new motion to dismiss or relies on its previous motion, defendant's opposition will be due 14 days thereafter, and plaintiff's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 26, 2026
       New York, New York