UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MT. HAWLEY INSURANCE CO., Plaintiff, -v- PRECISION BUILD COMPANIES LLC, Defendant. | 25 Civ. 10782 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received Defendant and Counterclaim-Plaintiff's letter motions requesting conferences to address discovery disputes, Dkt. 39, and alleged discovery misconduct, Dkt. 41, as well as Plaintiff and Counterclaim-Defendant's responsive letters, Dkts. 42, 44. The parties should be prepared to discuss these matters at the previously scheduled pre-motion conference for the parties' anticipated cross-motions for summary judgment, on September 22, 2026 at 3:00 p.m. *See* Dkt. 37.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 15, 2025
New York, New York